No. 1374. An Article of Device . . . Diapulse Manufacturing Corp. of America v. United States. C. A. 2d Cir. Certiorari denied. *Milton A. Bass* and *Solomon H. Friend* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Paul R. Walsh* for the United States.

No. 1381. Hong Kong & Shanghai Bank, Hong Kong (Trustee) Ltd. v. Superior Court of California in and for the City and County of San Francisco (Parry et al., Real Parties in Interest). Ct. App. Cal., 1st App. Dist. Certiorari denied. *William H. Orrick, Jr.,* for petitioner. *David B. Caldwell* for Parry et al.

No. 1383. RePass v. Vreeland et al. C. A. 3d Cir. Certiorari denied. *Milton Diamond* for petitioner. *Peter A. Williams* for respondents.

No. 1388. Knox Glass, Inc. v. Bowser & Campbell et al. C. A. 3d Cir. Certiorari denied. *Thomas W. Pomeroy, Jr.,* and *Judd N. Poffinberger, Jr.,* for petitioner.

No. 1395. Nickerson v. United States. C. A. 10th Cir. Certiorari denied. *Darrell J. Skelton* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Kirby W. Patterson* for the United States.

No. 1452. Scarselletti v. Aetna Casualty & Surety Co. Sup. Ct. Pa. Certiorari denied.